

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Daniel Hicks<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR09-00174-MMM<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defense Counsel_____, IT IS ORDERED that a detention hearing is set for _August 26_____, _2014_____, at _2:00_____ ☐a.m. / ☒p.m. before the Honorable _Sheri Pym_____, in Courtroom _4_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _8-22-14_____

_____
U.S. ~~District Judge~~/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                                                    Page 1 of 1