SEND-O

[FILED stamp: CLERK U.S. DISTRICT COURT, AUG 26 2014, CENTRAL DISTRICT OF CALIFORNIA, BY DEPUTY]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: CR 09-174 mmm |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| v. | ) | |
| Daniel Hicks | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    ( ) information in the Pretrial Services Report and Recommendation

    ( ) information in the violation petition and report(s)

    ( ) the defendant's nonobjection to detention at this time

    ( ) other: _____

1  and/ or
2  B. (X) The defendant has not met his/her burden of establishing by clear and
3  convincing evidence that he/she is not likely to pose a danger to the
4  safety of any other person or the community if released under 18 U.S.C.
5  § 3142(b) or (c). This finding is based on the following:
6  (X) information in the Pretrial Services Report and Recommendation
7  (X) information in the violation petition and report(s)
8  ( ) the defendant's nonobjection to detention at this time
9  (X) other: proffered evidence

10
11  IT THEREFORE IS ORDERED that the defendant be detained pending the further
12  revocation proceedings.

13
14  Dated: August 26, 2014          _____
15                                   SHERI PYM
                                     United States Magistrate Judge

2